No. 97–8432. LEWIS v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8437. GLOVER v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–8442. DOSS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 97–8469. NUNEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8492. JOHNSON v. WYOMING. Dist. Ct. Wyo., Laramie County. Certiorari denied.

No. 97–8503. HAASE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 97–8506. HAMILTON v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–8517. FRANKLIN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–8524. SASNETT v. ENDICOTT, SUPERINTENDENT, COLUMBIA CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 97–8553. PHILLIPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8555. ZEREBNICK v. BECKWITH MACHINERY CO. C. A. 3d Cir. Certiorari denied.

No. 97–8557. BOLDEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8567. ANDERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8569. BRYAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8575. TINKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8582. WRONKO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.